834

No. 93-9139. STAPLES v. LUKEMIRE ET AL. C. A. 11th Cir. Certiorari denied.

No. 93-9140. HOOD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93-9144. STEIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93-9145. RODENBAUGH v. KNISLEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-9146. NEWBY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93-9148. MORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93-9149. GONZALEZ MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93-9150. MITCHELL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93-9151. WOODS v. BURTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93-9152. VEY v. COLVILLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-9157. FLEMING v. ROCHA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93-9158. HICKEY ET AL. v. WELLESLEY SCHOOL COMMITTEE ET AL. C. A. 1st Cir. Certiorari denied.

No. 93-9160. DOERR v. COUNTY OF SAN BERNARDINO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93-9164. CLARK v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93-9165. APELT v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.